**FILED**
DEC 18 2007



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
EASTERN DIVISION

HEATH TAYLOR, PRO SE
Plaintiff,

CIV 07-4184

vs.

COMPLAINT

CHARLIE (DAMON) WOLF, Gregory County Sheriff ET AL
Defendant.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

(1)

II. PLACE OF PRESENT CONFINEMENT  MDSP  Springfield SD.

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

C. If your answer is yes,

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is no, explain why not  THESE ALIGATEONS ARE AGAINST GREGORY AND TRIPP COUNTY JAIL AND SHERIFFS DEPT. PRIOR TO BEING SENT TO MDSP.

E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If you answer is yes,

   1. What steps did you take?  MADE SEVERAL REQUESTS FOR MEDICAL TREATMENT TO JAIL STAFF · WHICH WERE DELIBERIATLY IGNORED.

   2. What was the result?  NO MEDICAL TREATMENT WAS RECIEVED UNTIL IT BECAME AN EMERGENCY SITUATION.

III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff  HEATH TAYLOR
   Address  MDSP 1412 WOOD ST. Springfield SD 57062

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Name of Defendant  CHARLIE (DAMON) WOLF  who is employed as  SHERIFF  at  GREGORY COUNTY

(2)

C.  Additional Defendants  Winner City Jail (Tripp County), Richard Bertram, Other unknown Named Jail staff, ET AL

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

The defendants after having been informed several times of Plaintiffs Chronic medical condition due to a degenerative arthritic condition. And also having been informed of recommended treatment according to extensive VA medical and therapeutic history and records faxed to Winner City Jail, deliberately avoided proper care and treatment throughout incarceration. Having caused a disabling condition of which Plaintiff is now dependent upon the assistance of a wheel chair to function in everyday life. Because of this deliberate indifference to Plaintiffs medical needs. Plaintiff has endured unnecessary pain and loss of mobility.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Because of the deliberate indifference to Plaintiffs ongoing medical needs, this has caused unnecessary pain and physical disability, which constitutes cruel and unusual punishment. The plaintiff requests the court finds liability against the defendants in compensatory damages for future loss of earnings and punitive damages for their deliberate indifference to Plaintiffs medical treatment. This lawsuit is being filed against the defendants in their official and individual capacity.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this __15__ day of __November__, 2007

_Heath C Taylor_
Signature of Plaintiff

(3)                                                                (9/96)