UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
NOV 03 2009
CLERK

| | | |
|---|---|---|
| HEATH TAYLOR, | ) | CIV 07-4184-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CHARLIE DAMAN WOLF, Gregory County Sheriff, in his official and individual capacity, WINNER CITY JAIL, and RICHARD BERTRAM, in his official and individual capacity, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Based upon the Order Granting Defendants' Motions for Summary Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment shall issue in favor of defendants and against plaintiff.

Dated this 2nd day of November, 2009.

BY THE COURT:

/s/ Richard H. Battey
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE